UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                              Chapter 13
                                                    Case No. 18-11243-cgm
HECTOR U. PINTO

                        Debtor.

# AFFIDAVIT

State of New York        )
                         ss
County of Rockland       )

Hector U. Pinto, being duly sworn, deposes and says:

1. I am the Chapter 13 debtor herein (the "Debtor").

2. On January 21, 2018 (the "Petition Date"), I filed a voluntary petition for relief under chapter 13 of Title 11 of the United States Bankruptcy Code in the Eastern District of New York under the Case No. 18-40331.

3. Thereafter the case was transferred to Southern District of New York.

4. I do not have any domestic support obligations.

Dated: Rockland, NY
       June 15, 2018

                                                    _____
                                                    Hector U. Pinto,
                                                    Debtor

Sworn to Before me this
25th day of ~~June~~ July 2018

_____
MOAZZAM KHAN
NOTARY PUBLIC STATE OF NEW JERSEY
My Commission Expires March 21, 2022

1